Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

John D Flores

Chapter 13 Case No. 13-46340-WJL13

debtor(s)

**Trustee's Motion and Declaration to
Dismiss Proceedings and Notice Thereon**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee hereby moves the court for an Order

Dismissing these proceedings pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the

debtor(s) is in material default for the following reasons:

FAILURE TO ABIDE BY THE CONFIRMED PLAN, SECTION 5 PROVISION: 1. PURSUANT

TO THE COURT'S ORDER OF MAY 30, 2014 IN THIS CASE; DEBTOR WILL OBTAIN

APPROVAL OR DENIAL OF HIS REQUESTED LOAN MODIFICATION WITHIN 60

MONTHS OR SUBMIT A PLAN ADDRESSING THE ARREARS ON THE DEED OF TRUST

HELD BY RBS CITIZEN'S BANK.

NOTICE IS HEREBY GIVEN that debtor or the attorney of record may request a hearing in

writing stating specific grounds for objecting to the dismissal of these proceedings to the court and

served on the trustee no later than twenty-one (21) days from the date of service of this motion.

Trustee will then schedule a hearing date and notice debtor and the attorney of record of said

hearing date.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 25, 2015

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

In re

John D Flores

debtor(s)

Chapter 13 Case No. 13-46340-WJL13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

John D Flores
652 Dunhill Dr
Danville,CA 94506

Geoffrey Wiggs Atty
1900 S Norfolk St #350
San Mateo,CA 94403

(Debtor(s))

(Counsel for Debtor)

Date: September 25, 2015

/s/ VIVALDA SILVEIRA

VIVALDA SILVEIRA