Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| John D Flores | Chapter 13 Case Number: 13-46340-WJL13 |
| Debtors(s) | |

**NOTICE OF HEARING REGARDING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a hearing regarding Trustee's Motion to Dismiss Chapter 13 Case will be held on December 10, 2015 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California.

Trustee's Motion and Declaration to Dismiss or Convert Proceedings for Case Deficiencies and Notice Thereon

Date: October 20, 2015                       /s/ Martha G. Bronitsky
                                             Signature of Martha G. Bronitsky
                                             Chapter 13 Standing Trustee

| In Re | Chapter 13 Case Number: |
|---|---|
| John D Flores | 13-46340-WJL13 |
| Debtors(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

October 20, 2015                                /s/Veronica Valdez
                                                Veronica Valdez

John D Flores                                   Geoffrey Wiggs Atty
652 Dunhill Dr                                  1900 S Norfolk St #350
Danville,CA 94506                               San Mateo,CA 94403

(Debtor(s))                                     (Counsel for Debtor)

American Express
Special Research
Po Box 981540
El Paso, TX 79998-0000

Ebmud
Po Box 1000
Oakland, CA 94649-0000

Jp Morgan Chase Bankl, N.A.
201 N. Central Ave
Mail Code Az1-1191
Phoenix, AZ 85004

Pge
P.O. Box 7433
San Francisco, CA 94120

Gemb/Chevron
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-0000

| | |
|---|---|
| 1 | Shell Oil / Citibank |
| 2 | Attn.: Centralized Bankruptcy |
|   | Po Box 20507 |
| 3 | Kansas City, MO  64195-0000 |
| 4 | Suntrust Mortgage |
|   | 1001 Seemes Ave |
| 5 | Rvw-7941 |
|   | Richmond, VA  23286-0000 |
| 6 | |
|   | Pnc Bank N.A. |
| 7 | Po Box 856177 |
|   | Louisville, KY  40285-0000 |
| 8 | |
|   | Pnc Bank N.A. |
| 9 | Po Box 856177 |
|   | Louisville, KY  40285-0000 |
| 10 | |
| 11 | Suntrust Mortgage |
|    | Po Box 27767 Bkry Dept Rvw 3034 |
| 12 | Richmond, VA  23261 |
| 13 | Suntrust Mortgage |
|    | Po Box 27767 Bkry Dept Rvw 3034 |
| 14 | Richmond, VA  23261 |
| 15 | |
|    | Jefferson Capital Systems |
| 16 | Po Box 7999 |
|    | Saint Cloud, MN  56302 |
| 17 | |
|    | Jpmorgan Chase Bank Na |
| 18 | Po Box 29505 |
|    | Az1-1191 |
| 19 | Pheniz, AZ  85038 |

| | | |
|---|---|---|
| 20 | | |
|    | Pnc Bank | Suntrust Mortgage |
| 21 | Po Box 94982 | 1001 Semmes Ave Pymt Processing Rvw 3100 |
|    | Cleveland, OH  44101 | Richmond, VA  23224 |
| 22 | (Creditor) | (Creditor) |
| 23 | Suntrust Mortgage | Jpmorgan Chase Bank |
| 24 | 1001 Semmes Ave Pymt Processing Rvw 3100 | Po Box 901032  Bkry Dept |
|    | Richmond, VA  23224 | Ft Worth, TX  761012032 |
| 25 | (Creditor) | (Creditor) |
| 26 | Pnc Bank | Chase Manhattan |
|    | Po Box 94982 | Attn: Bankruptcy Dept. |
| 27 | Cleveland, OH  44101 | 3415 Vision Dr., Mail Code Oh4-7302 |
|    | (Creditor) | Columbus, OH  43219 |
| 28 | | (Creditor) |

| # | Column 1 | Column 2 |
|---|---|---|
| 1 | Keystone Recovery Partners Llc, Series A<br>C/O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121<br>(Creditor) | Pacific Serv<br>Pacific Service Credit Union/Attn: Bankr<br>Po Box 8191<br>Walnut Creek, CA 94596<br>(Creditor) |
| 2 | Franchise Tax Board<br>Po Box 942867<br>Sacramento, CA 942670001<br>(Creditor) | Svo Portfolio Services<br>Attn: Loan Servicing Administration<br>9002 San March Court<br>Orlando, FL 32819<br>(Creditor) |
| 3 | Wolf Firm<br>2955 Main St 2Nd Fl<br>Irvine, CA 92614<br>(Creditor) | Wachovia Mortgage/World Savings And Loan<br>Attn: Bankruptcy Dept.(T7419-015)<br>Po Box 659558<br>San Antonio, TX 78265<br>(Creditor) |
| 4 | Department Of Motor Vehicles<br>Po Box 942867<br>Sacramento, CA 942670011<br>(Creditor) | Pacific Serv<br>Pacific Service Credit Union/Attn: Bankr<br>Po Box 8191<br>Walnut Creek, CA 94596<br>(Creditor) |
| 5 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA 958122952<br>(Creditor) | Pacific Serv<br>Pacific Service Credit Union/Attn: Bankr<br>Po Box 8191<br>Walnut Creek, CA 94596<br>(Creditor) |
| 6 | United States Treasury<br>Po Box 7346<br>Philadelphia, PA 191017346<br>(Creditor) | Pacific Serv<br>Pacific Service Credit Union/Attn: Bankr<br>Po Box 8191<br>Walnut Creek, CA 94596<br>(Creditor) |
| 7 | Chase<br>Po Box 24696<br>Columbus, OH 43224<br>(Creditor) | Suntrust Mortgage<br>1001 Seemes Ave<br>Rvw-7941<br>Richmond, VA 23286<br>(Creditor) |
| 8 | G M A C<br>Po Box 12699<br>Glendale, AZ 85318<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA 191017346<br>(Creditor) |
| 9 | Hank Wilms<br>835 N Hart Rd<br>Modesto, CA 95356<br>(Creditor) | Adrienne Feyock Dds, Inc<br>300 El Cerro Blvd<br>Danville, CA 94526<br>(Creditor) |
| 10 | Keybank Ntl<br>Attn: Bankruptcy/Mail Code: Oh-01-51-062<br>4910 Tiedeman Rd.<br>Brooklyn, OH 44144<br>(Creditor) | |

| | | |
|---|---|---|
| 1 | Allied Waste | Chevron / Texaco Citibank |
| | 441 N. Buchanan Cir | Citi Corporation Credit Services |
| 2 | Pacheco, CA  94553 | Po Box 20363 |
| | (Creditor) | Kansas City, MO  64195 |
| 3 | | (Creditor) |
| 4 | Ama Collection Service | |
| | 1445 E 14Th St | Citibank |
| 5 | Suite 200 | Citicorps Credit Services |
| | San Leandro, CA  94577 | Po Box 20363 |
| 6 | (Creditor) | Kansas City, MO  64195 |
| | | (Creditor) |
| 7 | American Capital Ent | |
| | 27919 Jefferson Ave Ste | Citibank N.A. |
| 8 | Temecula, CA  92590 | Attn.: Centralized Bankruptcy |
| | (Creditor) | Po Box 20363 |
| 9 | | Kansas City, MO  64195 |
| 10 | Becket And Lee Llp | (Creditor) |
| | Po Box 3001 | |
| 11 | Malvern, PA  193550701 | Citibank N.A. |
| | (Creditor) | O Fallon, Mo 63368 |
| 12 | | O Fallon, MO  63368 |
| | Bank Of America | (Creditor) |
| 13 | Po Box 982235 | |
| | El Paso, TX  79998 | Citibank Sd, Na |
| 14 | (Creditor) | Attn: Centralized Bankruptcy |
| | | Po Box 20507 |
| 15 | Cpu/Citi - Conoco Phillips Union | Kansas City, MO  64195 |
| | Attn:  Centralized Bankruptcy | (Creditor) |
| 16 | Po Box 20507 | |
| 17 | Kansas City, MO  64195 | Comcast |
| | (Creditor) | Po Box 34227 |
| 18 | | Seattle, WA  98124 |
| | California Service Bur | (Creditor) |
| 19 | 100 Wood Hollow Dr Ste 2 | |
| | Novato, CA  94945 | Dr Flagg |
| 20 | (Creditor) | 5601 Norris Canyon Road #230 |
| | | San Ramon, CA  94583 |
| 21 | Cbc/Credit Consulting | (Creditor) |
| 22 | Po Box 5879 | |
| | Salinas, CA  93915 | Dr Wiley |
| 23 | (Creditor) | 300 El Cerro Blvd Suite E |
| | | Danville, CA  94526 |
| 24 | Chase | (Creditor) |
| | Po Box 15298 | |
| 25 | Wilmington, DE  19850 | East Bay Mud |
| | (Creditor) | Po Box 24055 |
| 26 | | Ms 42 |
| | | Oakland, CA  946231055 |
| 27 | | (Creditor) |
| 28 | | |

| | | |
|---|---|---|
| 1 | Quantum3 Group Llc/Moma Funding Llc<br>Po Box 788<br>Kirkland, WA 980830788<br>(Creditor) | Wfnmb/Anntaylor<br>Attention: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218<br>(Creditor) |
| | Hilco Receivables/Equable Ascent Financi<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089<br>(Creditor) | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA 958122952<br>(Creditor) |
| | Midland Funding<br>8875 Aero Dr #200<br>San Diego, CA 92123<br>(Creditor) | Bank Of America<br>Po Box 982235<br>El Paso, TX 79998<br>(Creditor) |
| | Pacific Gas And Electric<br>Po Box 8329 Bkry Dept<br>Stockton, CA 952080329<br>(Creditor) | Chase<br>Po Box 15298<br>Wilmington, DE 19850<br>(Creditor) |
| | Pacific Service Credit Union<br>Attn: Bankruptcy Department<br>Po Box 8191<br>Walnut Creek, CA 94596<br>(Creditor) | Rash Curtis<br>190 S Orchard Ave Ste A2<br>Vacaville, CA 95688<br>(Creditor) |
| | Rash Curtis<br>190 S Orchard Ave Ste A2<br>Vacaville, CA 95688<br>(Creditor) | Jefferson Capital Systems<br>Po Box 953185<br>St Louis, MO 631953185<br>(Creditor) |
| | Quantum3 Group Llc/Moma Funding Llc<br>Po Box 788<br>Kirkland, WA 980830788<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA 191017346<br>(Creditor) |
| | Sprint<br>P.O. Box 660075<br>Dallas, TX 752660075<br>(Creditor) | |
| | Tassajara Ranch Association<br>Po Box 711<br>Pleasanton, CA 94566<br>(Creditor) | |