GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
Geoff@wiggslaw.com

Attorney for Debtor John D. Flores

The following constitutes the order of the court.
Signed January 7, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re:

**JOHN D. FLORES**,

                Debtor.

Case No. 13-46340-WJL-13

Chapter 13

ORDER GRANTING MOTION TO MODIFY PLAN

On December 10, 2015, Debtor filed Motion to Modify Plan and served it along with a Notice of Motion and Opportunity to Hearing on all parties on December 10, 2015. There have been no objections or requests for hearing filed. No subsequent actions were taken by the parties.

IT IS SO ORDERED THAT:

1. The Motion to Modify Plan is hereby GRANTED and order:

    a. Section 5 of Debtor's plan shall be modified to read as follows:

        1. Debtor will obtain approval or denial of his requested loan modification before July 31, 2016 or submit a plan addressing the arrears on the deed of trust held by RBS Citizen's Bank.
        2. Consensual modification of the terms of the obligation secured by the First Deed of Trust against Debtor's primary residence will not alter the priority of the liens on the property. The priority of all secured lienholders will remain the same following any consensual modification.

*** END OF ORDER ***

ORDER - 1

## COURT SERVICE LIST

*NONE