Entered on Docket
June 13, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Alan Steven Wolf – Bar No. 94665
   Caren Jacobs Castle – Bar No. 93888
2  Daniel K. Fujimoto – Bar No. 158575
   THE WOLF FIRM, A Law Corporation
3  2955 Main Street, Second Floor
   Irvine, CA 92614
4  Telephone: (949) 720-9200
   Fax: (949) 608-0128
5
6  Attorneys for Movant, RBS Citizens, NA.

The following constitutes the order of the court.
Signed June 12, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| In re: | Case No. 13-46340 |
|---|---|
| John D Flores | RS NO: ASW-2847 |
| Debtor. | CHAPTER: 13 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date: May 25, 2016<br>Time: 9:30 AM<br>Courtroom: 220 |
| | U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

   A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by RBS Citizens, NA., and having been heard before the HON. WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY JUDGE, on May 25, 2016, Movant appearing by its attorneys THE WOLF FIRM by Sonia A. Plesset, Debtor appearing by his counsel Geoff Wiggs, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation after oral argument, does hereby make its Order as follows:

- 1 -
ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
336-10409

IT IS HEREBY ORDERED that with respect to the real property commonly known as 652 Dunhill Drive, Danville, CA 94506, and more fully described as follows:

SEE DOCUMENT NO. DOC-2007-0006780-00 RECORDED IN THE OFFICIAL RECORDS OF CONTRA COSTA COUNTY ON JANUARY 9, 2007

Movant and its agents and successors are relieved of the automatic stay, and said stay is terminated immediately, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights against the property under its Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

IT IS FURTHER ORDERED that the Co-Debtor stay of 11 U.S.C. §1301 is terminated.

IT IS FURTHER ORDERED that the 14 day stay of Bankruptcy Rule 4001(a)(3) is hereby waived.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |